IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JUSTIN LEE GORDON,            )
                              )
     Plaintiff,               )
                              )
v.                            )   CASE NO. CV422-183
                              )
CHATHAM COUNTY SHERIFF DEPT., )
                              )
     Defendant.               )
                              )

**ORDER**

Before the Court are the Magistrate Judge's November 4, 2022, Report and Recommendation (Doc. 14) and January 25, 2023, Report and Recommendation (Doc. 22), to which no objections have been filed. After a careful review of the record,[1] both the November 2022 report and recommendation (Doc. 14) and January 2023 report and recommendation (Doc. 22) are **ADOPTED** as the Court's opinion in this case. Defendant Chatham County Sheriff's Department is **DISMISSED.** Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

1

for his failure to obey the Court's orders and to prosecute this case. (Doc. 1.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of February 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA